# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE ENRIQUE CASTILLO CHAIDEZ,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | **No. 18-1837** |
| | : | |
| **CARL HEMPHILL, ET AL.** | : | |
| **Defendants.** | : | |

## ORDER

This 15th day of November, 2019, for the reasons stated in the accompanying memorandum, Defendants' Motion for Summary Judgment is **DENIED**.

        /s/ Gerald Austin McHugh
    United States District Judge