IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ENRIQUE CASTILLO CHAIDEZ, | : |
| Plaintiff, | : |
| v. | : |
| CARL HEMPHILL, KAH TRANSPORTES, LLC, MARIANA HEMPHILL, THREE SEASONS LANDSCAPE CONTRACTING SERVICE, INC., MJC LABOR SOLUTIONS, LLC, MJC LP, DELCO MULCH AND SUPPLY, LLC AND OVERBROOK PARK HOLDING CO., LTD, | : CIVIL ACTION<br>: NO. 18-1837-GAM |
| Defendants. | : |

**ORDER**

This 4th day of January, 2021, the parties having failed to reach complete agreement regarding resolution of Plaintiff's Motion for a Protective Order, ECF 49, it is hereby **ORDERED** as follows:

1. Defendant Carl Hemphill is enjoined from attempting to directly communicate with or contact, either by text message, email, telephone, or other medium by which communication can pass, Mr. Arnaldo Asencio, a witness in this litigation.

2. Notwithstanding the restrictions contained in paragraphs 1 above, Carl Hemphill may: (1) through counsel, communicate directly with counsel for Mr. Arnaldo Asencio regarding their ongoing financial dispute and court case, *KAH Transportes LLC v. Ascencio, et al.,* No. CV-2019-000741 (Del. Co. CCP); and (2) file formal court documents in the court case, *KAH Transportes LLC v. Ascencio, et al.,* No. CV-2019-000741 (Del. Co. CCP).

      3.      Violation of this Order shall result in appropriate sanctions by the Court and reimbursement to Plaintiff of reasonable attorneys' fees incurred in reporting the violation to the Court, if the Court is satisfied that such relief is warranted,

/s/ Gerald Austin McHugh
United States District Judge