IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ENRIQUE CASTILLO CHAIDEZ, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | No. 18-1837 |
| | : | |
| CARL HEMPHILL, ET AL. | : | |
| Defendants | : | |

# ORDER

This 1st day of July, 2021, upon consideration of Plaintiff's Motion for Leave to Amend Complaint, and Defendants' response thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff is granted leave to file an Amended Complaint raising the claim of negligent misrepresentation. Defendants retain the right to supplement the record with additional submissions and argument.

/s/ Gerald Austin McHugh
United States District Judge