**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOSE ENRIQUE CASTILLO CHAIDEZ, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-1837 |
| | : | |
| CARL HEMPHILL, ET AL. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the remaining claims against Defendant MJC Labor Solutions, LLC under Counts IV, VII, VIII, IX, X, XI and XII are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: November 23, 2021

Respectfully submitted,

/s/ *Chelsea Edwards*
Chelsea Edwards, Esq.
Nancy Rimmer, Esq.
Kathryn Brown, Esq.
Liz Chacko, Esq.
JUSTICE AT WORK
990 Spring Garden St., Ste. 300
Philadelphia, PA 19123
(215) 733-0878

John Grogan, Esq.
Peter Leckman, Esq.
LANGER, GROGAN & DIVER, P.C.
1717 Arch St., Ste. 4020
Philadelphia, PA 19103
215-320-5660

*Attorneys for Plaintiff*

/s/*James H. Steigerwald*
James H. Steigerwald (82469)
Raymond Vanderhyden (326306)
DUANE MORRIS LLP
JHSteigerwald@duanemorris.com
ravanderhyden@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: 1-215-979-1145/1865

*Attorneys for Defendants*